

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-62967-SINGHAL/VALLE

ODEIU POWERS (PRO SE)

BP (Minor Child)

PP (Minor Child)

                Plaintiffs,

v.

ALEJANDRO MAYORKAS, Secretary

United States Department of Homeland Security MARTIN J WALSH, Secretary Department of Labor

Defendants

**MOTION FOR PERMISSION TO FILE A REPLY TO THE REPLY**

This document is submitted in request for an additional memorandum or answer from Plaintiff in response to Defense's Motion to Dismiss (ED84). I ask that the record on the matter to not be closed until I have been allowed to enter the attached statement and request for hearing.

Defense's claims are factually incorrect and leaving them uncorrected would unduly prejudice the Court against the matters I've claimed if left unaddressed.

Date: June 14, 2021
Respectfully submitted,

Odeiu Powers, Pro Se, for the Plaintiffs
222 Riverstone Commons Circle Canton GA 30114
Tel: 678-308-6649
Email: OJPowers@Outlook.com

CERTIFICATE OF SERVICE

I certify that on June 14, 2021, I mailed the foregoing document to the Clerk of the Court. I also certify that the foregoing document has been served via the method indicated below upon the parties who are currently on the list to receive notice for this case.

VIA Email
Stephanie L.R. Fidler
Assistant US Attorney
Florida Bar No. 563749
US Attorney's Office
Email: Stephanie.Fidler@usdoj.gov



